**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00596-CR
_____

**WILLIE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Crim Dist Ct 4
Tarrant County, Texas
Trial Court Cause No. 1215599D

## ORDER

The reporter's record in this case was due **July 10, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the **Official Court Reporter of Criminal District Court Number 4**, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM